SCANNED

AND NOW, THIS 5th DAY OF Sept 06, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

*GARY L. LANCASTER,*
*UNITED STATES DISTRICT JUDGE*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

UNITED STATES OF AMERICA )
    Plaintiff-Respondent, )
     )
    v. ) Civil Action No. 06-139
     ) Criminal Action No. 01-169
QUINN SCOTT WILLIAMS )
    Defendant-Petitioner. )

FILED
AUG 30 2006
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## PETITION TO DISTRICT COURT FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY PURSUANT TO 28 U.S.C.A. § 2253

On August 7, 2006, this Honorable Court entered its Order denying the application of the Petitioner, Quinn Scott Williams, to vacate, set aside or correct sentence pursuant to 28 U.S.C.A § 2255. In order for the Petitioner to appeal said Order to the United States Court of Appeals for the Third Circuit, Petitioner respectfully requests that this Court issue a certificate of appealability, pursuant to 28 U.S.C.A § 2253, and Rule 22(b) of the Federal Rules of Appellate Procedure.

A prisoner seeking a COA need only demonstrate a substantial showing of the denial of a constitution right. "A prisoner satisfies this standard by demonstration that jurists of reason could (1) disagree with the District Courts resolution of the prisoner's federal constitutional claims, or (2) conclude the issues presented are adequate to deserve